UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-06664-MCS-JC | Date | October 9, 2024 |
|---|---|---|---|
| Title | *Alliance of Schools for Cooperative Insurance Programs v. Munich Reinsurance America, Inc.* | | |

| Present: The Honorable | Mark C. Scarsi, United States District Judge |
|---|---|

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE AND IMPOSING SANCTIONS**

The Court held a hearing on Plaintiff Alliance of Schools for Cooperative Insurance Programs' motion to remand on October 7, 2024, but counsel for Plaintiff, Robert J. Feldhake, failed to appear.

This Court orders Plaintiff's counsel to show cause why sanctions should not be imposed for his failure to appear at the motion hearing. Plaintiff's counsel shall file a written response within seven days of this Order. Failure to file a timely response will result in sanctions, such as monetary sanctions or dismissal, without further notice.

Further, the Court deems Plaintiff's counsel's failure to appear at the hearing a violation of Local Rule 7-14 and "willful disobedience of a court order." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 45 (1991) (internal quotation marks omitted); (*see* Initial Standing Order § 2, ECF No. 10 ("Lead trial counsel shall attend any scheduling, pretrial, or settlement conference set by the Court unless engaged in trial. . . . The Court expects counsel to appear in person at any hearing.")). The Court imposes sanctions under Local Rule 83-7(b) and its inherent powers. *See Chambers*,

501 U.S. at 45 ("[A] court may assess attorney's fees as a sanction for the willful disobedience of a court order." (internal quotation marks omitted)).

   The Court orders Plaintiff's counsel to pay Defendant the attorney's fees it incurred for its counsel's appearance at the motion hearing. The Court orders the parties to meet and confer on the amount. If the parties agree on the measure of the sanction, Plaintiff's counsel shall pay Defendant reasonable attorney's fees, and the parties shall file a joint statement indicating Plaintiff's counsel completed the payment within 14 days. If the parties cannot agree on the measure of the sanction, Defendant instead may file a motion for an award of fees, including fees incurred to file the motion, within 21 days.

   The Court takes the motion under submission and declines to reset the hearing.

**IT IS SO ORDERED.**